# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Whole Sailing, LLC | Case No. 17-13032 |
| Debtor | Judge Jessica E. Price Smith |
| | **Consent to Substitution of Counsel** |

Pursuant to Local Rule 2091-1(b) the undersigned hereby consent to substitution of Glenn E. Forbes and Susan M. Gray as Counsel for Whole Sailing, LLC. to represent Whole Sailing, LLC in the captioned Chapter 11 Case.

Respectfully Submitted,

| | |
|---|---|
| Whole Sailing, LLC<br>By its Managing Member<br>/s/Phenon Walker  *Phenon Walker*<br>Phenon Walker<br>13800 Edgewater Drive<br>Lakewood, OH  44107 | /s/ Dennis J. Kaselak<br>Dennis J. Kaselak, Esq. (0029133)<br>Of Counsel<br>Petersen & Ibold<br>401 South Street<br>Chardon, Ohio<br>Telephone: 440-285-3511<br>Facsimile: 440-285-3363<br>E-mail: dkaselak@peteribold.com |
| /s/Susan M. Gray<br>Susan M. Gray (0062356)<br>Attorney for Whole Sailing, LLC<br>Ohio Savings Building, Suite 210<br>22255 Center Ridge Road<br>Rocky River, OH 44116<br>Tel. 440.331.3949<br>Fax. 440.331.8160<br>smgray@smgraylaw.com | /s/Glenn E. Forbes<br>Glenn E. Forbes, Esq. (0005513)<br>166 Main Street<br>Painesville, Ohio 44077<br>440-357-6211<br>440-357-1634 fax<br>gforbes@geflaw.net<br>bankruptcy@geflaw.net |

CERTIFICATE OF SERVICE

The foregoing Consent to Substitution of Counsel was filed using the Court's electronic case filing system this 6th day of Nov, 2017. That system provides for electronic service as follows;

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Alison L. Archer**   alison.archer@ohioattorneygeneral.gov, Trish.Lazich@ohioattorneygeneral.gov;angelique.dennis-noland@ohioattorneygeneral.gov
- **Edward J. Boll**   nohbk@lsrlaw.com
- **Dennis J. Kaselak**   dkaselak@peteribold.com, Cynthia@peteribold.com
- **United States Trustee**   (Registered address)@usdoj.gov
- **Derrick Rippy ust11**   derrick.v.rippy@usdoj.gov

No service by regular United States Mail this 6th day of Nov, 2017.

/s/Susan M. Gray
Susan M. Gray
One of Counsel for Debtor