B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Northern District of Ohio

In re   Whole Sailing LLC                  ,          Case No.   17-13032
         *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   10/1/2017-10/31/2017            Date filed:   05/24/2017

Line of Business:   Real Estate           NAISC Code:   531390

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*/s/ Phenon Walker*
Original Signature of Responsible Party

Phenon Walker Member
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☒ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

Page 2

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|:-:|:-:|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☑ | ☐ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☑ | ☐ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☑ | ☐ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☑ | ☐ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 2,175.00

### SUMMARY OF CASH ON HAND

| | |
|---|---:|
| Cash on Hand at Start of Month | $ 2,012.16 |
| Cash on Hand at End of Month | $ 4,132.46 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL | $ 4,132.46 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $ 54.70

*(Exhibit C)*

## CASH PROFIT

| | |
|---|---:|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ 4,132.46 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ 54.70 |
| *(Subtract Line C from Line B)*    CASH PROFIT FOR THE MONTH | $ 4,077.76 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ 0.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0.00

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:        $    2,000.00
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:      $    1,500.00
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:   $      500.00

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

# WHOLE SAILING LLC
## BALANCE SHEET
### October 1, 2017-October 31, 2017

**ASSETS**
| | | |
|---|---|---|
| Cash | $4132.46 | |
| Office Equipment | $900.00 | |
| Acct. Receivables | | |
| Land & Building | $200,000 | |
| Furniture & Fixtures | $1000.00 | |
| Accumulated Depre | | |
| Deposits & Prepaid | | |
| Investments | | |
| **TOTAL ASSETS:** | | **$206,032.46** |

**LIABILITIES**
| | | |
|---|---|---|
| Business Loan ($7500-1450-590-1950) | $3510.00 | |
| Post Petition Liabilities | | |
| Brunner-Quinn | $11,279.26.00 | |
| BONY Mellon Trust RAMP 2003 | $1,490,367.61 | |
| Accounts Payable | 0.00 | |
| Rental Expenses | 0.00 | |
| Wages & Salaries | 0.00 | |
| Taxes | 0.00 | |
| **TOTAL LIABILITIES** | | **$1, 501,544.53** |

**Equity**
Owners Capital
Retained Earnings
Total Owners Equity:

**TOTAL LIABILITIES & EQUITY**                  ($1,295,512.07)

i.

# WHOLE SAILING LLC
## OPERATING STATEMENT
### October 1, 2017 – October 31, 2017

## INCOME:

| | | |
|---|---|---|
| Rental Income from Tenant leases | $ 2175.00 | |
| Total Revenues | $ 2175.00 | |
| Gross Income | | $2,175.00 |

## EXPENSES:

| | | |
|---|---|---|
| The Hartford Insurance Fire Policy | $54.70 | |
| Brunner Quinn (continues to attempts to collect) | | |
|    Post Petition Increase: $11,279.26 | | |
| **TOTAL EXPENSES** | | $54.70 |
| **NET INCOME/LOSS:** | | $2120.30 |

ii.

# EXHIBITS

| | | |
|---|---|---|
| Exhibit "A" | TAXES | (Not Applicable) |
| Exhibit "B" | INCOME | Octobr Rents |
| Exhibit "C" | EXPENSES | |

           The Hartford Insurance Final Bal                      $54.70
           **Brunner Quinn        $11,279.26
           (continues to attempt collection)
           BONY Mellon Trust RAMP 2003                $1,490,367.61

| | | |
|---|---|---|
| Exhibit "D" | UNPAID BILLS (After Petition) | 0 |
| Exhibit "E" | MONEY OWED TO YOU | 0 |
| Exhibit "F" | BANK STATEMENT & REGISTER (ATTACHED) | |



**North Coast Investors LLC.**
5247 Wilson Mills Road #332
Richmond Hts, OH 44143
(216) 285-0170

6-15/410

1015



Date 10-17-2017

Pay to the Order of  Whole Sailing LLC    $ 875.00

Eight Hundred Seventy-Five Dollars----------00/100

HUNTINGTON NATIONAL BANK

For  Oct. Rent

⑆041000153⑆ 0166228 2964⑆ 1015





## Final Insurance Bill

Page 1



**THE HARTFORD**
Billing Company:
Twin City Fire Insurance Company

EXHIBIT C₁

For Customer Service Call: **1-866-467-8730**
7 a.m. to 7 p.m. Central Time (Mon – Fri)

Report Claims 24 hours a day: 1-800-327-3636

**Bill Date: 10/03/17**                                    **Billing Account #:** ...317

| Named Insured: | WHOLE SAILING LLC |
| Your Agent: | NUTMEG INS AGENCY INC/PHS |

### Account Summary

| | |
|---|---|
| Previous Account Balance | $181.07 |
| Payments & Adjustments | -$126.37 |
| Premium Activity | $0.00 |
| New Fee(s) | $0.00 |
| Account Balance | $54.70 |

### Important Messages

- Your account is past due and no longer active. The full minimum amount due for coverage provided is now due or the unpaid balance will be transferred to our Collections Department. Payment of the minimum due will not result in reinstatement of coverage.

---

Check below and complete reverse side to request:
☐ Address Changes

Account Number: **15170317**
Amount Enclosed: 54.70

Due Date: 10/23/17
$54.70   $54.70

**Mail Payments To:**
The Hartford
P O Box 660916
Dallas, TX 75266-0916

MD 01 000722 60147 E 7 A
WHOLE SAILING LLC
PO BOX 35596
CLEVELAND, OH 44135-0596

7615170317272107810000005470000000547081000 4

81029480 10/03/17 34 76 15170317 44 NU54

EXHIBIT C2



# Thank You for Your Payment

**From:** "The Hartford Online Business Center" <businesscenter@mail.service.thehartford.com>

**To:** phenon.walker@yahoo.com

Thursday, October 26, 2017 11:23 AM



# Thank You for Your Recent Payment

Bill Account Number: 15170317

Dear Valued Customer,

This is to confirm that you have successfully made a payment:

**Confirmation Number:** Q25204077
**Payment Amount:** $54.70



**Have you Considered Auto Pay?**

As part of our commitment to your success, we have created the ability for you to conveniently set up recurring payments online.

Auto Pay is simple to use!

Enroll Today »

As a reminder, you may log in to the Online Business Service Center at any time to:

- Make a payment and view payment activity
- View and print billing and policy documents
- Update your profile and more

To ensure delivery, add businesscenter@mail.service.thehartford.com to your address book.
phenon.walker@yahoo.com

**Brunner Quinn**
35 North Fourth Street
Suite 200
Columbus, Ohio 43215


EXHIBIT C3

(614) 241-5550, Main
(800) 776-3158, Toll-Free
(614) 241-5551, Fax
finance@brunnerlaw.com
www.brunnerlaw.com/payments

Phenon Walker
DNM - Electronic Stmt Only
13880 Edgewater Drive
Lakewood, OH 44107-0000

Billing Questions? Contact our Billing Department
Monday through Friday 8 AM to 5 PM, Eastern Time
finance@brunnerlaw.com
(614) 241-5551, Fax
(800) 776-3158, Ext. 218

| | |
|---|---|
| Billing Date: | 11/3/2017 |
| Statement No.: | 25545 |
| Client No.: | 4856 |
| Matter: | Bank of New York Mellon v. Phenon Walker, et al. |

| | | | | |
|---|---|---|---|---|
| Previous Billing Activity | | | $ | 11,176.92 |
| Current Billing Activity | | | | |
| Interest Charge | | 102.34 | | |
| Legal Services Rendered | $ | 0.00 | | |
| Disbursements and Other Costs Incurred | $ | 0.00 | | |
| Total Current Billing | | | $ | 102.34 |
| Payments and Credits Since Last Statement | | | $ | 0.00 |
| Past Due Balance - Please Pay Immediately | | | $ | 11,176.92 |
| **TOTAL BALANCE DUE**   10/10/2017 | | | $ | 11,279.26 |

**Please Return this Section with Payments**

| | |
|---|---|
| Statement Date: | 11/3/2017 |
| Statement Number: | 25545 |
| Amount Due: | $ 11,279.26 |
| Payment Due Date: | 10/10/2017 |

**PAYMENT METHODS**
ONLINE @ www.brunnerlaw.com/payments
CALL 800-776-3158 (M-F, 8 AM-5 PM ET)
MAIL check or money order

Amount Enclosed $_____

Remit to:  Brunner Quinn
35 North Fourth Street
Suite 200
Columbus, Ohio 43215
Federal Tax ID  31-1474792

**Please Include Client Number/Matter ID on Payments**

| Client No.: | 4856 | Walker, Phenon | 0.00 | November 3, 2017 |
|---|---|---|---|---|

# SLS



**EXHIBIT C.4**

8742 Lucent Boulevard, Suite 300, Highlands Ranch, CO 80129

PHENON WALKER
13880 EDGEWATER DR
LAKEWOOD, OH 44107-1410

002535

To obtain information about your account, contact SLS at:
1-800-306-6062 or visit our website at www.sls.net. SLS accepts
calls from relay services on behalf of hearing impaired borrowers.

**Mortgage Statement**
Statement Date: 05/16/17

| Account Number | 1008463190 |
|---|---|
| Payment Due Date | 06/01/17 |
| **Total Amount Due‡** | **$1,490,367.61** |

If payment is received after 06/16/17, $0.00 late fee will be charged.

Property Address:
13880 EDGEWATER DR
LAKEWOOD, OH 44107

| | |
|---|---|
| Outstanding Principal | $974,992.60 |
| Escrow Balance | $-469,802.08 |
| Suspense* | $10.65 |
| Deferred Principal | $0.00 |
| Deferred Interest | $0.00 |
| Other Deferred Amounts | $0.00 |
| Interest Rate (Until 08/01/21) | 6.62500% |
| Prepayment Penalty | No |

| | |
|---|---|
| Principal | $2,650.93 |
| Interest | $4,790.38 |
| Escrow (for Taxes and Insurance) | $1,844.59 |
| Regular Monthly Payment | $9,285.80 |
| Total New Fees Charged | $2,007.00 |
| Past Due Amounts | $1,479,086.46 |
| Suspense* | $10.65 |
| **TOTAL AMOUNT DUE‡** | **$1,490,367.61** |

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees/Charges/Optional Product | $0.00 | $0.00 |
| Suspense* | $0.00 | $10.65 |
| Total | $0.00 | $10.65 |

You are currently due for the 07/01/04 payment.

*Suspense: Any partial payments that you make are not applied to your mortgage, but instead are held in a suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage. However, if the loan is in foreclosure, unless funds are received pursuant to an agreed upon loss mitigation program, any additional funds received will be returned to you.

Your loan is past due. Please call today at 1-800-306-6062 to make arrangements.

‡Amount to bring loan current: Please note, if your account is past due, this amount may not include all fees or other amounts necessary to fully reinstate your loan. Please contact SLS at 1-800-306-6062 for a full reinstatement quote.

**If You Are Experiencing Financial Difficulty:** You may contact the U.S. Department of Housing and Urban Development (HUD) for a list of homeownership counselors or counseling organizations in your area, call 1-800-569-4287 or go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure - the loss of your home. As of May 16, 2017 you are 4704 days delinquent on your mortgage loan. Your loan is in foreclosure, the first notice or first legal filing has been completed on your loan.

Recent Account History

Past due amount as of 12/01/16: $1,376,666.66
Payment due 01/01/17: Amount Due $9,321.21
Payment due 02/01/17: Amount Due $9,285.80
Payment due 03/01/17: Amount Due $9,285.80
Payment due 04/01/17: Amount Due $9,285.80
Payment due 05/01/17: Amount Due $9,285.80

06/01/17: Current Payment Due $9,285.80
Total Unpaid Fees, Charges, and Uncollected Escrow Amount: $57,951.54

Total $1,490,367.61 due. You must pay this amount to bring your loan current.‡

| Date | Description | Total | Interest | Principal | Escrow (for Taxes and Insurance) | Optional Product | Fees/ Charges | Suspense* |
|---|---|---|---|---|---|---|---|---|
| 05/16/17 | Fees Billed Property Valuation-Bpo | 115.00 | 0.00 | 0.00 | 0.00 | 0.00 | 115.00 | 0.00 |
| 05/01/17 | Fees Billed Attorney Litigation Exp | 881.50 | 0.00 | 0.00 | 0.00 | 0.00 | 881.50 | 0.00 |
| 05/08/17 | Fees Billed Attorney Litigation Exp | 1010.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1010.50 | 0.00 |

**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION AND DISCLOSURES.**

1428T.0101.MICRRezMtd.el.d.372/002535/003921



**U.S. bank**
P.O. Box 1800
Saint Paul, Minnesota 55101-0800
6656    TRN    9



EXHIBIT
E

**Business Statement**
Account Number:
8 7842
Statement Period:
Oct 2, 2017
through
Oct 31, 2017

Page 1 of 2

000037652 01 SP    106481280468682 E
WHOLE SAILING LLC
PO BOX 35596
CLEVELAND OH 44135-0596

To Contact U.S. Bank
**24-Hour Business Solutions:**    1-800-673-3555

U.S. Bank accepts Relay Calls
Internet:    usbank.com

## INFORMATION YOU SHOULD KNOW

Effective November 13, 2017, the "Your Deposit Account Agreement" booklet includes a number of updates and may affect your rights. As of Nov. 13, 2017 you may pick up copies at your local branch or view copies at usbank.com, or call 1-800-USBANKS (1-800-872-2657) for a copy. Please see the Additional Information Section of this statement for the main updates that were made to "Your Deposit Account Agreement" booklet.

## SILVER BUSINESS CHECKING    Member FDIC
U.S. Bank National Association    Account Number    8-7842

### Account Summary
| | # Items | | Amount |
|---|---|---|---|
| Beginning Balance on Oct 2 | | $ | 2,332.16 |
| Customer Deposits | 1 | | 2,175.00 |
| Card Withdrawals | 1 | | 54.70- |
| Ending Balance on Oct 31, 2017 | | $ | 4,452.46 |

### Customer Deposits
| Number | Date | Ref Number | Amount |
|---|---|---|---|
| | Oct 20 | 9254337498 | 2,175.00 |

Total Customer Deposits    $    2,175.00

### Card Withdrawals
Card Number: xxxx-xxxx-xxxx-9913

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Oct 30 | Debit Purchase - VISA<br>HARTFORD INS. PR<br>************9913 | On 102717 800-962-6170 CT<br>REF # 24431057300083358176149 | 0083358176 | $ 54.70- |

Card 9913 Withdrawals Subtotal    $    54.70-
Total Card Withdrawals    $    54.70-

### Balance Summary
| Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|
| Oct 20 | 4,507.16 | Oct 30 | 4,452.46 |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL
Account Analysis Activity for: September 2017

| | | | |
|---|---|---|---|
| Account Number: | 1-301-2288-7842 | $ | 0.00 |
| Analysis Service Charge assessed to | 1-301-2288-7842 | $ | 0.00 |

Service Activity Detail for Account Number    -7842

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** | | | |
| Combined Transactions/Items | 8 | | No Charge |



WHOLE SAILING LLC
PO BOX 35596
CLEVELAND OH 44135-0596



EXHIBIT
F2



**Business Statement**
Account Number:
7842

Statement Period:
Oct 2, 2017
through
Oct 31, 2017

Page 2 of 2

## ANALYSIS SERVICE CHARGE DETAIL (CONTINUED)

Service Activity Detail for Account Number ....-7842 (continued)

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| Subtotal: Depository Services | | | 0.00 |
| Fee Based Service Charges for Account Number 1-301-2288-7842 | | $ | 0.00 |

## ADDITIONAL INFORMATION

**Effective November 13, 2017** the main updates to note in the revised **"Your Deposit Account Agreement"** booklet sections, and sub sections, include:

- Updates and restructuring the "Overdraft Handling" Section with additional detail on standard overdraft coverage, ATM & Debit Card overdraft coverage (opt in & opt out) and the addition of Requested Return for both business and consumer accounts
- Addition of how to request a *Consumer or Business Pricing Information* brochure
- Threshold updates on error Adjustments
- Additional clarity on transaction posting order
- Clarification in the definition of "Account Balance"
- Clarification in the definition of "Insufficient funds"
- Clarification of Overdraft Returned and Overdraft Paid Fee deductions
- Clarification on the Overdraft Protection Transfer Fee advance amounts and fee assessment
- Additional clarity on timing within *Your Duty to Examine Your Statement* section
- Additional language added to the *Security Interest in Accounts* section
- Arbitration coverage under the Military Lending Act
- Deposits involving non-U.S. Bank ATM's
- Removal of *Checks and Checking Accounts and Savings Accounts with Draft Access*
- Addition of *Partial Debit Card Transactions* section
- Clarification in the *Limits on Transfers* section
- Clarification in the *Debit Card Transactions* sub-section in the *Limits on Transfer* sections
- Addition to the Consumer Reserve Line Agreement, *Credit Review* section, ability to terminate or suspend
- Added Military Lending Act notice regarding Military Annual Percentage Rate (MAPR)

As of Nov. 13, you may pick up a copy at your local branch, view the updated booklet at usbank.com, or call 1-800-USBANKS (1-800-872-2657) for a copy.



EXHIBIT F3

WHOLE SAILING LLC    U.S. BANK # 1301 2288 7842

CREDIT

| DATE | SOURCE | NATURE | AMOUNT | TOTAL A. OF CR |
|---|---|---|---|---|
| 6/27/17 | BALANCE | | | $ 820 |
| 7/6 | HARTFORD INSURANCE - DEBIT CC# 9913 | HOMEOWNER FIRE POLICY | (119 93) | 700.00 |
| 7/14 | Rental DEPosit For July 2017 | | 2175 00 | 2875 |
| 7/17 | BANK SERVICE FEE - PAPER STATEMENT | | (5 00) | 2870 |
| 7/18 | BANK SERVICE FEE - REVERSAL | | 5 00 | 2875 |
| 7/11 | PETERSEN + ibold - TRUSTEE FEE CK# 100 | Acct# 471-17-12419 | (325 00) | 2550 |
| 7/24 | DIRECT CHECKS UNLIMITED - DEBIT CC#9913 | CHECK ORDER | (14 04) | 2536 |
| 8/15 | U.S. TRUSTEE    CK# 101 | Acct # 471-17-13032 | (325 00) | 2211.00 |
| 8/16 | DEPosit - EDGEWATER RENTAL INC | | 2175 00 | 4386 |
| 8/16 | HARTFORD INSR ACH | PROPERTY INSURANCE | (126 37) | 4259 |
| 8/29 | HUNTINGTON BANK    CK# 102 | direct payment cc# 1779 | (1450 00) | 2809.66 |
| 8/29 | DOLLAR BANK    CK# 103 | direct payment cc# 0580 | (590 00) | 2219.66 |
| 9/14 | DEPOSIT - RENTAL INCOME FROM EDGEWATER | | 2175 00 | 4394.66 |
| 9/4 | WYOMING SEC. OF STATE    CK# 104 | ANNUAL FEE | 50 00 | 4344.66 |
| 9/18 | U.S. ASSURE | NEW - HOMEOWNER INSR Policy | 382 50 | 3962.16 |
| 9/29 | DOLLAR BANK    CK 105 | DIRECT LOAN PAYMENT | 1950 00 | 2012.16 |
| 10/20 | Rental INCOME FOR OCTOBER | EDGEWATER Rents | 2175 00 | 4187.16 |
| 10/26 | HARTFORD INSURANCE # 1517 0317 | FINAL BAL DUE | 54 70 | 4132.46 |